

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregorio Cruz-Merino,<br><br>                       Petitioner<br><br>v.<br><br>USA,<br><br>                       Respondent. | **Civil Action No.**   18cv1871-MMA<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court construes Defendant's pro se submission as a motion for extension of time in which to file a notice of appeal and denies the motion for the reasons set forth above. The Clerk of Court is instructed to administratively terminate the related civil case.

| | |
|---|---|
| **Date:**   8/15/18 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/  R. Chapman<br>                                    R. Chapman, Deputy |